UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DURGAMRITHA T. SUNDARAM<br><br>Plaintiffs,<br><br>v.<br><br>MONROE AND MAIN, INC., MIDNIGHT VELVET, INC. and MONTGOMERY WARD, INC.<br><br>Defendants. | C.A. No. 22-3278 |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on a Joint Stipulation of Dismissal With Prejudice filed on October 14, 2022. Being fully advised, it is hereby ORDERED that:

1. This matter is dismissed in its entirety with prejudice.

2. Each party shall bear its own fees and costs.

3. This case is CLOSED. DONE AND ORDERED this 18th day of October, 2022.

_____
DENISE L. COTE
UNITED STATES DISTRICT JUDGE

3